IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MINISTRY OF OIL OF THE REPUBLIC OF IRAQ, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL CASE NO. 3:14-CV- 249 |
| 1,032,212 BARRELS OF CRUDE OIL ABOARD THE UNITED KALAVRVTA and the MINISTRY OF NATURAL RESOURCES OF THE KURDISTAN REGIONAL GOVERNATE OF IRAQ, | § § § § § § § § | |
| Defendants. | § | |

## **WARRANT TO SEIZE CARGO**

To the United States Marshal of the Southern District of Texas:

YOU ARE COMMANDED to forthwith arrest the 1,032,212 net barrels of crude oil (the "Cargo") aboard the UNITED KALAVRVTA IMO# 92090397 (the "Vessel") or the portions of said Cargo that have been or will be divided and moved to lightering vessels within this District, and to serve a copy of the Complaint and this Warrant upon any lightering vessels that take portions of the Cargo off of the UNITED KALAVRVTA as well as the companies that have contracted to provide lightering services to the UNITED KALAVRVTA, including AET, Inc. Ltd. or AET Offshore Services, Inc., and promptly to return this writ.

Plaintiff is permitted to move the Cargo, at cost to the Plaintiff and under the supervision of the United States Marshal, to a storage facility in order to allow for the safekeeping of the Cargo but to allow for the free movement of the Vessel.

SIGNED this the _____ day of July, 2014.

                                                  _____
United States District Judge,
United States Magistrate Judge
or Clerk of Court, Deputy Clerk