UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MINISTRY OF OIL OF THE REPUBLIC OF IRAQ, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION G-14-249 |
| 1,032,212 BARRELS OF CRUDE OIL ABOARD THE UNITED KALAVRVTA, *et al.*, | § § § | |
| Defendants. | § § | |

## Order

Plaintiff's request for maritime arrest, possession or writ of attachment (Dkt. 1) is referred to Magistrate Judge Nancy K. Johnson for disposition and/or recommendation.

Signed at Houston, Texas on July 28, 2014.

_____
Gray H. Miller
United States District Judge