| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>Ministry of Oil of the Republic of Iraq | COURT CASE NUMBER<br>3:14-CV-249 |
|---|---|
| DEFENDANT<br>Cargo aboard UNITED KALAVRVTA IMO# 92090397 and Min. of Nat Res. Kurdistan | TYPE OF PROCESS<br>WARRANT TO SEIZE |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
AET Inc. Ltd./ AET Offshore Services.

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1301 Pelican Island Block #2 Galveston Texas 77554   (832) 615-2043

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Phillip B. Dye, John Michael, Liane Noble
Vinson & Elkins LLP
1001 Fannin Street, Suite 2500
Houston, Texas 77002

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Alternatively, Marshals may attempt service at: 1900 West Loop South, Suite 920, Houston, Texas (832) 615-2000

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>512-542-8505 | DATE<br>7/28/14 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 079 | District to Serve<br>No. C79 | Signature of Authorized USMS Deputy or Clerk<br>Andrea V. Rose | Date<br>072914 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)*<br>United States Courts<br>Southern District of Texas<br>FILED<br>AUG 26 2014<br>David J. Bradley, Clerk of Court | Date: 8-26-14    Time: 15:30 ☒ pm<br>Signature of U.S. Marshal or Deputy<br>William Hrock |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>TBD |
|---|---|---|---|---|---|

REMARKS: Case was dismissed per order issued by Judge Miller
Return Unexicuted

DISTRIBUTE TO:   1. CLERK OF THE COURT
                 2. USMS RECORD
                 3. NOTICE OF SERVICE
                 4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment,
                    if any amount is owed. Please remit promptly payable to U.S. Marshal.
                 5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13