UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MINISTRY OF OIL OF THE REPUBLIC OF IRAQ, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION G-14-249 |
| | § | |
| 1,032,212 BARRELS OF CRUDE OIL ABOARD THE UNITED KALAVRVTA and the MINISTRY OF NATURAL RESOURCES OF THE KURDISTAN REGIONAL GOVERNATE OF IRAQ, | § § § § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Pending before the court are two motions: (1) an unopposed motion for leave to file excess pages (Dkt. 44) by the Kurdistan Regional Government of Iraq ("Kurdistan"), and (2) an opposed motion for extension of time to respond to Kurdistan's motion to dismiss (Dkt. 45) by the plaintiff, the Ministry of Oil of the Republic of Iraq (the "Ministry of Oil"). The first motion for leave to file excess pages, Dkt. 44, is **GRANTED**, pursuant to the agreement of the parties that Kurdistan will not oppose a motion for leave to file excess pages by the Ministry of Oil if it files a response, given that it is no longer than Kurdistan's motion. Dkt. 44. The second opposed motion for extension of time to respond, Dkt. 45, is **GRANTED IN PART**. The court grants the Ministry of Oil 30 days from the date Kurdistan's motion was filed to respond.

It is so **ORDERED**.

Signed at Houston, Texas on October 16, 2014.

_____
Gray H. Miller
United States District Judge