## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | |
|---|---|
| MINISTRY OF OIL OF THE REPUBLIC OF IRAQ, §§§§ *Plaintiff*, § § vs. § § 1,032,212 BARRELS OF CRUDE OIL, THE KURDISTAN REGION OF IRAQ, AND JOHN DOE BUYER, §§§§§ *Defendants*. § | CIVIL ACTION G-14-249 ADMIRALTY – FED. R. CIV. P. 9(h) |

### EXHIBITS TO PLAINTIFF'S RESPONSE TO MOTION TO DISMISS

Exhibit 1    Decl. of Wael Abdulateef Alfahdel ¶ 7 (Nov. 11, 2014)

        A – Curriculum Vitae of Dr. Wael Abdulateef Alfadhel

        B.1 – General Budget Law of the Federal Republic of Iraq for the Fiscal Year 2013 (unofficial English translation)

        B.2 – General Budget Law of the Federal Republic of Iraq for the Fiscal Year 2013 (original Arabic version)

        C.1 – Decree No. 333 (unofficial English translation)

        C.2 – Decree No. 333 (original Arabic version)

        D.1 – *Minister of Oil v. H.E. the Chair of Waset Governorate* (Decision No. 8/Federal/2012, May 2, 2012) (unofficial English translation)

        D(2) – *Minister of Oil v. H.E. the Chair of Waset Governorate* (Decision No. 8/Federal/2012, May 2, 2012) (original Arabic version), *available at* http://www.iraqja.iq/krarat/1/2012/8.pdf (Federal Judicial Authority website)

Exhibit 2    Declaration of Hanan Munther Nisaef (Nov. 12, 2014)

Exhibit 3    Matthew Phillips, *A Mysterious Oil Tanker Might Hold the Key to Kurdish Independence*, BLOOMBERG BUSINESSWEEK, Oct. 23, 2014, http://www.businessweek.com/articles/2014-10-23/iraqi-kurds-seek-independence-through-shady-oil-sales

Exhibit 4    Official Transcript of July 29, 2014 Hearing Before Mag. Judge Johnson

| | |
|---|---|
| Exhibit 5 | Official Transcript of Aug. 22, 2014 Hearing Before Judge Miller |
| Exhibit 6 | Letter from Phillip B. Dye, Jr. to Harold K. Watson (Nov. 12, 2014) |
| Exhibit 7 | Jen Psaki, State Department Daily Press Briefing (Aug. 26, 2014), http://www.state.gov/r/pa/prs/dpb/2014/08/230911.htm |
| Exhibit 8 | Jen Psaki, State Department Daily Press Briefing (Nov. 27, 2013), http://www.state.gov/r/pa/prs/dpb/2013/11/218105.htm |
| Exhibit 9 | Listing of New Iraqi Cabinet (September 12, 2014) (English translation of official Iraqi Government Announcement of new cabinet members), *available at* http://www.iraq-businessnews.com/2014/09/12/listing-of-new-iraqi-cabinet/2/ |
| Exhibit 10 | Qassim Abdul-Zahra, *Iraq lawmakers approve interior, defense ministers to complete formation of government*, U.S. NEWS, Oct. 18, 2014, http://www.usnews.com/news/world/articles/2014/10/18/iraq-lawmakers-approve-interior-defense-ministers |
| Exhibit 11 | Independent States in the World, Bureau of Intelligence and Research, Fact Sheet, http://www.state.gov/s/inr/rls/4250.htm |
| Exhibit 12 | Media Note, *Readout of Acting Assistant Secretary for Near Eastern Affairs Beth Jones' Meeting with Iraqi Kurdistan Region Delegation*, Office of the Spokesperson, U.S. Department of State, Washington, D.C. (Apr. 12, 2013), http://www.state.gov/r/pa/prs/ps/2013/04/207454.htm |
| Exhibit 13 | Jonathan Leff & Terry Wade, *UPDATE 1-LyondellBasell stops buying Kurdish crude amid dispute*, REUTERS, July 31, 2014, http://uk.reuters.com/article/2014/07/31/oil-lyondell-iraq-idUKL2N0Q62GA20140731 |
| Exhibit 14 | Tanker Lightering Contract |
| Exhibit 15 | Alan Greenblatt, *Kurdish Oil Shipment Too Far Offshore for U.S. to Seize,* NPR, July 29, 2014, http://www.npr.org/blogs/thetwo-way/2014/07/29/336342799/court-orders-seizure-of-100-million-oil-shipment |
| Exhibit 16 | Azam Ahmed & Clifford Krauss, *Oil Gives Kurds a Path to Independence, and Conflict With Baghdad*, N.Y. TIMES, Oct. 25, 2014, http://www.nytimes.com/2014/10/26/world/oil-gives-kurds-a-path-to-independence-and-conflict-with-baghdad.html?_r=2 |
| Exhibit 17 | Rhiannon Meyers, *Iraqi envoy says his nation in talks with Kurdistan over oil on tanker*, HOUSTON CHRON. Nov. 7, 2014, http://www.houstonchronicle.com/business/energy/article/Iraq-and-Kurdistan-in-talks-over-oil-5879275.php |

| | |
|---|---|
| Exhibit 18 | Plaintiffs' Complaint for Declaratory Judgment, *AET, Inc. Ltd. & AET Offshore Services, Inc. v. Talmay Trading Inc. & Republic of Iraq*, Cause No. 4:14-cv-2149 (S.D. Tex. filed July 28, 2014) |
| Exhibit 19 | KRG Official Order No. 143 (Jan. 25, 2009) |
| Exhibit 20 | Tim Arango & Clifford Krauss, *Kurds' Oil Deals With Turkey Raise Fears of Fissures in Iraq*, N.Y. TIMES, Dec. 2, 2013, http://www.nytimes.com/2013/12/03/world/middleeast/kurds-oil-deals-with-turkey-raise-fears-of-fissures-in-iraq.html?pagewanted=all&module=Search&mabReward=relbias%3Ar%2C%7B%221%22%3A%22RI%3A11%22%7D&_r=0 |
| Exhibit 21 | Emre Peker, *Kurds Forge A Risky Oil Deal with Turkey*, WALL ST. J., Dec 2, 2013, http://online.wsj.com/articles/SB10001424052702304854804579234293171045128 |
| Exhibit 22 | Presentation of Ashar Hawrami, Minister of Natural Resources of the Kurdistan Regional Government, at CWC-Iraq Petroleum Conference (June 17, 2014) |
| Exhibit 23 | United Nations Development Program and Inter-Agency Information and Analysis Unit, Briefing: Iraq and Oil, Sept. 2011, http://www.jauiraq.org/documents/1729/Briefing Iraq and oil.pdf |
| Exhibit 24 | A – Art. 5 (First), Law on the Organization of the Ministry (Law No. 101 of 1976) (unofficial English translation)<br><br>B – Art. 5 (First), Law on the Organization of the Ministry (Law No. 101 of 1976) (original Arabic version) |
| Exhibit 25 | United Nations Security Council Resolution No. 1483 (May 22, 2003) |
| Exhibit 26 | United Nations Security Council Resolution No. 1956 (Dec. 15, 2010) |
| Exhibit 27 | United Nations Security Council Resolution No. 687 (Apr. 3, 1991) |
| Exhibit 28 | KRG Statement on First Oil Sales Through Pipeline Export (May 23, 2014), http://www.krg.org/a/d.aspx?s=040000&l=12&a=51589 |
| Exhibit 29 | Update on Oil Export from the Kurdistan Region of Iraq (Nov. 7, 2014), http://mnr.krg.org/index.php/en/press-releases/422-update-on-oil-export-from-the-kurdistan-region-of-iraq |
| Exhibit 30 | Peter W. Galbraith, *A Statement on my Activities in Kurdistan*, NYBOOKS.COM, Dec. 17, 2009, http://www.nybooks.com/blogs/nyrblog/2009/dec/17/a-statement-on-my-activities-in-kurdistan/?printpage=true |

Exhibit 31   L. Carl Brown, Review of B. O'Leary, *The Future of Kurdistan in Iraq*, Foreign Affairs Nov./Dec. 2005

Exhibit 32   Michael Rubin, Review of B. O'Leary, *The Future of Kurdistan in Iraq*, 13 Middle East Quarterly No. 2 (Spring 2006)

US 3087415v.2