# Vinson&Elkins

James Lloyd Loftis  jloftis@velaw.com
**Tel** +1.713.758.1024  **Fax** +1.713.615.5143

January 16, 2015

*Via E-mail*

Hon. Gray H. Miller
United States District Judge
United States District Court for the
    Southern District of Texas
Houston Division
515 Rusk Avenue
Houston, Texas  77002
Rhonda_Moore-Konieczny@txs.uscourts.gov

Re:   No. G-14-249; *Ministry of Oil of the Republic of Iraq v. 1,032,212 Barrels of Crude Oil et al.;* In the United States District Court, Southern District of Texas.

Dear Judge Miller:

Pursuant to the Court's January 7, 2015 Memorandum Opinion and Order (Dkt. 57), counsel for Plaintiff Ministry of Oil of the Republic of Iraq submits this status update regarding settlement negotiations in the above-referenced matter.

Our client has informed us that resolutions for many of the major issues in dispute are subsumed within the overall budget discussions currently underway in Iraq.  The relevant authorities are to meet with the Finance Committee and Energy Committee of the Iraqi Parliament within the coming week to discuss the current draft budget, with the stated goal of presenting a draft budget accepted by those Committees to the full Parliament later in that week.  We are informed that this is the next required step in the process of potential resolution of the dispute.

Any discussion relating to the cargoes currently at sea, including the cargo aboard the *United Kalavyrta*, will take place after the 2015 budget law is adopted.

V&E

January 16, 2015   Page 2

                        Respectfully submitted,

                        VINSON & ELKINS LLP

                        _____

                        James Lloyd Loftis
                        Counsel for Plaintiff

cc:    Harold K. Watson
       Dimitri P. Georgantas
       Eugene W. Barr
       CHAFFE MCCALL L.L.P.
       801 Travis Street, Suite 1910
       Houston, Texas 77002
       watson@chaffe.com
       georgantas@chaffe.com
       barr@chaffe.com

       Michael J. Gottlieb
       William C. Jackson
       Samuel C. Kaplan
       BOIES, SCHILLER & FLEXNER LLP
       5301 Wisconsin Avenue, N.W.
       Washington, D.C. 20015
       MGottlieb@BSFLLP.com
       WJackson@BSFLLP.com
       SKaplan@BSFLLP.com

       Christopher E. Duffy
       BOIES, SCHILLER & FLEXNER LLP
       575 Lexington Avenue
       New York, NY 10022
       212-446-2300 Telephone
       212-446-2350 Facsimile
       CDuffy@BSFLLP.com

US 3249670v.1