UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MINISTRY OF OIL OF THE REPUBLIC OF IRAQ, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | C.A. NO. 3:14-cv-249 |
| 1,032,212 BARRELS OF CRUDE OIL, THE KURDISTAN REGION OF IRAQ, AND JOHN DOE BUYER, | § § § § | |
| Defendants. | § § | |

## ORDER

Pending before the Court is a motion filed by the Kurdistan Region of Iraq ("KRG") to certify this Court's Order of January 7, 2015, Dkt. No. 57, for interlocutory appeal under 28 U.S.C. § 1292(b) and to stay this action pending appeal. Upon consideration of the parties' submissions, the KRG's motion is **GRANTED**. The aforementioned Order is certified for appeal and is amended by inserting the following language on page 24:

> This order involves a controlling question of law as to which there is substantial ground for difference of opinion, and an immediate appeal from this order may materially advance the ultimate termination of the litigation.

This action is **STAYED** until the resolution of the KRG's interlocutory appeals from the Order of January 7, 2015.

Signed at Houston, Texas on _____.

_____
Gray H. Miller
United States District Judge