UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MINISTRY OF OIL OF THE REPUBLIC OF IRAQ, | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION G-14-249 |
| 1,032,212 BARRELS OF CRUDE OIL, *et al.*, | § § § | |
| *Defendants*. | § | |

# ORDER

Defendant the Kurdistan Region of Iraq's ("KRG") unopposed motion for extension of time to answer (Dkt. 62) is GRANTED. It is therefore ORDERED that KRG's time to answer is extended until the court rules on KRG's motion for a stay pending appeal, at which time the Court will set any applicable deadlines.

It is further ORDERED that plaintiff shall have up to and including February 10, 2015 to file its response to defendant's motion for certification and for a stay pending appeal.

Signed at Houston, Texas on January 23, 2015.

_____
Gray H. Miller
United States District Judge