**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

Ministry of Oil of the Republic of Iraq

*versus*                                        Case Number: 3:14–cv–00249

1,032,212 BARRELS OF CRUDE OIL, et
al.

# NOTICE OF THE FILING OF AN APPEAL

An appeal has been filed by Kurdistan Regionof Iraq. The following appeal and related
motions are pending in the District Court:

Notice of Appeal – #60

If the appellant fails to comply with the following requirements, then the Clerk of Court
will submit a certificate of noncompliance to the Fifth Circuit Court of Appeals.

**FILING FEE:**
A filing fee is required to proceed on appeal. If the filing fee has not already been paid,
then it must be paid or a motion to proceed *in forma pauperis* must be filed, unless
appellant is an United States government agency.

**TRANSCRIPTS:**
If hearings were held in this case and the transcripts were not already produced, then
transcripts must be ordered. Pursuant to FRAP 10(a)(1), a transcript order form must be
filed within 14 days of the filing of the notice of appeal. Under Fifth Circuit Rule 10, the
appellant's order of the transcript must be made on a DKT–13 Transcript Order form. The
DKT–13 must be filed regardless of whether there were hearings or transcripts needed. A
link to the DKT–13 form and instructions for ordering transcripts are available on the
court's website at www.txs.uscourts.gov/transcripts.

If there were no hearings or no transcripts are needed, file the DKT–13 form with the
appropriate box marked to indicate so. For cases where transcripts are needed, prepare a
separate DKT–13 for each reporter from whom you are ordering transcripts. All
transcripts for electronically recorded proceedings may be ordered on one form. Each
form should indicate the exact dates of the proceedings to be transcribed by that reporter.

This case had hearings. Reporter(s): B Slavin , ERO , ct reporter not listed for hearing of
12/3/14.

Date: January 26, 2015.

David J. Bradley, Clerk