IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| MINISTRY OF OIL OF THE REPUBLIC OF IRAQ, § § § Plaintiff, § § vs. § 1,032,212 BARRELS OF CRUDE OIL, § THE KURDISTAN REGION OF IRAQ, § AND JOHN DOE BUYER, § § Defendants. § | C.A. NO. 3:14-cv-249 |

## NOTICE OF APPEAL

Notice is hereby given that the Kurdistan Region of Iraq ("KRG"), defendant in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from an order denying the KRG's motion to dismiss, entered in this action on the 7th day of January, 2015. The order is immediately appealable as of right because it denied the KRG's claim of sovereign immunity under the Foreign Sovereign Immunities Act. *See, e.g.*, *Stena Rederi AB v. Comision de Contratos*, 923 F.2d 380, 385 (5th Cir. 1991).

Respectfully submitted,

 */s/ Harold K. Watson*
Harold K. Watson
Texas Bar No. 20938500
Federal I.D. No. 4345
Attorney-in-Charge
Dimitri P. Georgantas
Texas Bar No. 07805100
Federal I.D. No. 2805
Eugene W. Barr
Texas Bar No. 24059425
Federal I.D. No. 1144784
CHAFFE MCCALL, L.L.P.
801 Travis Street, Suite 1910
Houston, Texas 77002
713-546-9800 Telephone
713-546-9806 Facsimile

2404109-1

        Michael J. Gottlieb
        William C. Jackson
        Samuel C. Kaplan
        BOIES, SCHILLER & FLEXNER LLP
        5301 Wisconsin Avenue, N.W.
        Washington, D.C. 20015
        202-237-2727 Telephone
        202-237-6131 Facsimile
        MGottlieb@BSFLLP.com
        WJackson@BSFLLP.com
        SKaplan@BSFLLP.com

        Christopher E. Duffy
        BOIES, SCHILLER & FLEXNER LLP
        575 Lexington Avenue
        New York, NY 10022
        212-446-2300 Telephone
        212-446-2350 Facsimile
        CDuffy@BSFLLP.com

        ATTORNEYS FOR DEFENDANT,
        THE KURDISTAN REGION OF IRAQ


OF COUNSEL:

Gary Born
WILMER CUTLER PICKERING HALE AND DORR LLP
49 Park Lane
London W1K 1PS
United Kingdom
44-20-7872-1020 Telephone
gary.born@wilmerhale.com

David W. Ogden
David W. Bowker
David Z. Gringer
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
202-663-6000 Telephone
202-663-6363 Facsimile
david.ogden@wilmerhale.com
david.bowker@wilmerhale.com
david.gringer@wilmerhale.com

2

2404109-1

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 20th day of January, 2015, I served a true and correct copy of the foregoing Notice of Appeal pursuant to Rule 5 of the Federal Rules of Civil Procedure, via the CM/ECF Filing System and/or by depositing the same in the United States Mail, postage prepaid and properly addressed to all known counsel of record:

Phillip B. Dye, Jr.
John J. Michael
Vinson & Elkins LLP
1001 Fannin Street, Suite 2500
Houston, Texas 77002
pdye@velaw.com
jmichael@velaw.com

Liane Noble
Vinson & Elkins LLP
2801 Via Furtuna, Suite 100
Austin, Texas 78746-7568
lnoble@velaw.com

Boaz S. Morag
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
bmorag@cgsh.com

                                              */s/ Harold K. Watson*
                                              Harold K. Watson

2404109-1