APPEAL,APPEAL_NAT

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Galveston)
## CIVIL DOCKET FOR CASE #: 3:14-cv-00249
## Internal Use Only

Ministry of Oil of the Republic of Iraq v. 1,032,212 BARRELS OF CRUDE OIL et al
Assigned to: Judge Gray H. Miller
Cause: 28:1333 Admiralty

Date Filed: 07/28/2014
Jury Demand: None
Nature of Suit: 340 Marine
Jurisdiction: Federal Question

### Plaintiff

**Ministry of Oil of the Republic of Iraq** represented by **James Lloyd Loftis**
Vinson Elkins LLP
1001 Fannin St
Ste 2500
Houston, TX 77002
713-758-1024
Email: jloftis@velaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John James Michael**
Vinson & Elkins LLP
1001 Fannin St., Ste 2500
Houston, TX 77002
713-758-3694
Email: jmichael@velaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Phillip B Dye , Jr**
Vinson & Elkins
1001 Fannin St
Ste 2300
Houston, TX 77002-6760
713-758-2048
Fax: 713-615-5766
Email: pdye@velaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew A Bernstein**
Cleary Gottlieb Steen & Hamilton, LLP
12 rue de Tilsitt
75008
Paris
France
212-225-2000
Email: abernstein@cgsh.com
*ATTORNEY TO BE NOTICED*

**Liane Ngin Noble**
Vinson and Elkins LLP
2801 Via Fortuna
Ste 100
Austin, TX 78746
512-542-8505
Email: lnoble@velaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**1,032,212 BARRELS OF CRUDE OIL**

**Defendant**

**Ministry of Natural Resources of the Kurdistan Regional Governate**

represented by **Harold K Watson**
Chaffe McCall, L.L.P.
801 Travis
Suite 1910
Houston, TX 77002
713-546-9800
Fax: 713-546-9806
Email: watson@chaffe.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher E Duffy**
Boies, Schiller, & Flexner LLP
575 Lexington Ave.
New York, NY 10022

|   |   |
|---|---|
|   | 212-446-2300<br>Email: cduffy@bsfllp.com<br>*ATTORNEY TO BE NOTICED* |
|   | **Michael Julian Gottlieb**<br>Boies, Schiller, & Flexner LLP<br>5301 Wisconsin Ave NW<br>Washington, DC 20015<br>202-237-9617<br>Email: mgottlieb@bsfllp.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |   |
| **Kurdistan Region of Iraq** represented by | **David Gringer**<br>WilmerHale<br>1875 Pennsylvania Ave, NW<br>Washington, DC 20006<br>202-663-6674<br>Fax: 202-663-6363<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|   | **Harold K Watson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |   |
| **John Doe Buyer** |   |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/28/2014 | 1 | COMPLAINT against All Defendants (Filing fee $ 400 receipt number 0541-13487248) filed by Ministry of Oil of the Republic of Iraq. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Proposed Order Order, # 5 Proposed Order Warrant, # 6 Civil Cover Sheet)(Noble, Liane) (Entered: 07/28/2014) |
| 07/28/2014 | 2 | ORDER to Seize Cargo(Signed by Judge Nancy K Johnson) Parties notified.(rkonieczny, 4) (Entered: 07/28/2014) |
| 07/28/2014 | 3 | WARRANT issued to Seize Cargo ( Signed by Judge |

| | | |
|---|---|---|
| | | Magistrate Judge Nancy K. Johnson), filed.(rkonieczny, 4) (Entered: 07/28/2014) |
| 07/28/2014 | 4 | ORDER referring 1 Plaintiffs request for maritime arrest, possession or writ of attachment to Magistrate Judge Nancy K. Johnson for disposition and/or recommendation. Signed by Judge Gray H. Miller) Parties notified.(rkonieczny, 4) (Entered: 07/29/2014) |
| 07/29/2014 | | ***Set/Reset Deadlines/Hearings: Status Conference set for 7/29/2014 at 03:00 PM in Courtroom 700 before Magistrate Judge Nancy K. Johnson (sbutler, 4) (Entered: 07/29/2014) |
| 07/29/2014 | 5 | SUPPLEMENT to 1 Complaint, by Ministry of Oil of the Republic of Iraq, filed. (Attachments: # 1 Affidavit Declaration to Supplement Verified Complaint, # 2 Exhibit Ex. 1 to Declaration, # 3 Exhibit Ex. 2 to Declaration)(Noble, Liane) (Entered: 07/29/2014) |
| 07/29/2014 | 6 | Minute Entry for proceedings held before Magistrate Judge Nancy K. Johnson. STATUS CONFERENCE held on 7/29/2014. Appearances:William Durham, Harold Watson, John Michael, Philip B. Dye Jr., James Lloyd Loftis. (ERO:Yes), filed.(sbutler, 4) (Entered: 07/30/2014) |
| 08/01/2014 | 7 | First AMENDED Complaint against All Defendants filed by Ministry of Oil of the Republic of Iraq. (Attachments: # 1 Affidavit Dye Decl., # 2 Affidavit Al-Shaher Decl., # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J)(Noble, Liane) (Entered: 08/01/2014) |
| 08/04/2014 | 8 | Opposed MOTION to Vacate by Ministry of Natural Resources of the Kurdistan Regional Governate, filed. Motion Docket Date 8/25/2014. (Attachments: # 1 Appendix A, # 2 Exhibit 1)(Watson, Harold) (Entered: 08/04/2014) |
| 08/04/2014 | 9 | ORDER that plaintiff shall file response to motion to vacate within 10 days of the date of this order. (Signed by Judge Gray H. Miller) Parties notified.(rkonieczny, 4) (Entered: 08/04/2014) |
| 08/14/2014 | 10 | AO 435 TRANSCRIPT ORDER FORM by Harold Watson. This is to order a transcript of Status Conference held on 7/29/2014 before Judge Nancy K. Johnson (Original), filed. (cfelchak, 4). Daily-ASAP Order forwarded electronically to |

| | | |
|---|---|---|
| | | Exceptional Reporting Services on 8/15/2014. Modified on 8/15/2014 (pcrawford, 4). (Entered: 08/14/2014) |
| 08/14/2014 | 11 | AO 435 TRANSCRIPT ORDER FORM by Phillip B. Dye, Jr. This is to order a transcript of Status conference held 7/29/2014 before Judge Nancy K. Johnson (Copy Order), filed. (Dye, Phillip). Daily-ASAP Copy Order forwarded electronically to Exceptional Reporting Services on 8/15/2014. Modified on 8/15/2014 (pcrawford, 4). (Entered: 08/14/2014) |
| 08/14/2014 | 12 | Opposed MOTION to Strike 8 Opposed MOTION to Vacate *(Appendix 1 - Dkt. 8-1)* by Ministry of Oil of the Republic of Iraq, filed. Motion Docket Date 9/4/2014. (Attachments: # 1 Proposed Order)(Noble, Liane) (Entered: 08/14/2014) |
| 08/14/2014 | 13 | RESPONSE in Opposition to 8 Opposed MOTION to Vacate, filed by Ministry of Oil of the Republic of Iraq. (Attachments: # 1 Affidavit, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Appendix Authorities, # 7 Proposed Order)(Noble, Liane) (Entered: 08/14/2014) |
| 08/18/2014 | 14 | TRANSCRIPT re: REQUEST FOR MARITIME ARREST held on 7/29/14 before Magistrate Judge Nancy K. Johnson. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party HAROLD WATSON Release of Transcript Restriction set for 11/17/2014., filed. (thudson, ) (Entered: 08/18/2014) |
| 08/18/2014 | 15 | ORDER setting Motion Hearing for 8/22/2014 at 10:00 AM in Courtroom 9D before Judge Gray H. Miller. Reply due by 5:00 pm on 8/19/2014.(Signed by Judge Gray H. Miller) Parties notified.(rkonieczny, 4) (Entered: 08/18/2014) |
| 08/18/2014 | 16 | Unopposed MOTION for Leave to File Excess Pages by Ministry of Natural Resources of the Kurdistan Regional Governate, filed. Motion Docket Date 9/8/2014. (Attachments: # 1 Exhibit KRG's Reply Memorandum in Support of its Motion to Vacate Order to Seize Cargo, # 2 Proposed Order)(Watson, Harold) (Entered: 08/18/2014) |
| 08/19/2014 | 17 | Notice of Filing of Official Transcript as to 14 Transcript,. Party notified, filed. (dhansen, 4) (Entered: 08/19/2014) |
| 08/20/2014 | 18 | Unopposed MOTION for Leave to File Surreply by Ministry of Oil of the Republic of Iraq, filed. Motion Docket Date |

|  |  |  |
|---|---|---|
|  |  | 9/10/2014. (Attachments: # 1 Exhibit A, # 2 Proposed Order) (Noble, Liane) (Entered: 08/20/2014) |
| 08/22/2014 | 19 | Minute Entry for proceedings held before Judge Gray H. Miller. MOTION HEARING held on 8/22/2014. Oral argument heard. Motion taken under advisement. Appearances: Harold K Watson, Phillip B Dye, Jr, Liane Pheakdey Noble.(Court Reporter: B.Slavin), filed. (rkonieczny, 4) (Entered: 08/22/2014) |
| 08/22/2014 | 20 | AO 435 TRANSCRIPT ORDER FORM by Harold K Watson. This is to order a transcript of Motion Hearing Proceedings held on 8/22/14 before Judge Gray H. Miller (original/Copy-Hourly). Court Reporter/Transcriber: B Slavin, filed. received in operations email (smurdock, 4) (Entered: 08/22/2014) |
| 08/24/2014 | 21 | TRANSCRIPT re: Motion Hearing held on 8-22-14 before Judge Gray H. Miller. Court Reporter/Transcriber B. Slavin. Ordering Party Defendants Release of Transcript Restriction set for 11/24/2014., filed. (bslavin, ) (Entered: 08/24/2014) |
| 08/25/2014 | 22 | Notice of Filing of Official Transcript as to 21 Transcript. Party notified, filed. (hcarr, 4) (Entered: 08/25/2014) |
| 08/25/2014 | 23 | *Correspondence to Judge Miller* by Ministry of Natural Resources of the Kurdistan Regional Governate, filed. (Watson, Harold) (Entered: 08/25/2014) |
| 08/25/2014 | 24 | ORDER GRANTING 16 Unopposed MOTION for Leave to File Excess Pages, 18 Unopposed MOTION for Leave to File Surreply (Signed by Judge Gray H. Miller) Parties notified. (rkonieczny, 4) (Entered: 08/25/2014) |
| 08/25/2014 | 25 | MEMORANDUM OPINION and ORDER GRANTING 8 Opposed MOTION to Vacate, DENYING AS MOOT 12 Opposed MOTION to Strike. Iraqs request for jurisdictional discovery is DENIED, and Iraqs request for leave to amend its complaint is GRANTED for the limited purpose of potentially alleging additional facts and claims against Kurdistan, in personam, arising under FSIA jurisdiction. Iraqs amended complaint 7 is therefore DISMISSED WITHOUT PREJUDICE for want of jurisdiction, but Iraq may amend its complaint within ten (10) days of the date of this order. (Signed by Judge Gray H. Miller) Parties notified. (rkonieczny, 4) (Entered: 08/25/2014) |
|  |  |  |

| | | |
|---|---|---|
| 08/26/2014 | 26 | Return of Service Unexecuted as to AET Inc. Ltd./ AET Offshore Services re: Warrant to Seize, filed.(lusmith, 3) (Entered: 08/27/2014) |
| 08/29/2014 | 27 | AO 435 TRANSCRIPT ORDER FORM by Brendan Hickey. This is to order a transcript of hearing held on 08/22/14 before Judge Gray H. Miller (original). Court Reporter/Transcriber: Bruce Slavin, filed. (sroque, 4) (Entered: 08/29/2014) |
| 09/04/2014 | 28 | NOTICE of Appearance by Boaz S. Morag on behalf of Ministry of Oil of the Republic of Iraq, filed. (Noble, Liane) (Entered: 09/04/2014) |
| 09/04/2014 | 29 | Opposed MOTION for Leave to File Second Amended Complaint by Ministry of Oil of the Republic of Iraq, filed. Motion Docket Date 9/25/2014. (Attachments: # 1 Proposed Order, # 2 Complaint, # 3 Affidavit Dye Decl., # 4 Affidavit Al-Shaher Decl., # 5 Appendix, # 6 Exhibit A, # 7 Exhibit B, # 8 Exhibit C, # 9 Exhibit D, # 10 Exhibit E, # 11 Exhibit F, # 12 Exhibit G, # 13 Exhibit H, # 14 Exhibit I, # 15 Exhibit J, # 16 Exhibit K, # 17 Exhibit L, # 18 Proposed Order Order to Seize Cargo, # 19 Proposed Order Warrant)(Noble, Liane) (Entered: 09/04/2014) |
| 09/04/2014 | 30 | Request for Issuance of Summons as to Kurdistan Region of Iraq, filed.(Noble, Liane) (Entered: 09/04/2014) |
| 09/08/2014 | | Summons Issued as to Kurdistan Region of Iraq. Issued summons returned to plaintiff by: First-class mail, filed. (lusmith, 3) (Entered: 09/08/2014) |
| 09/10/2014 | 31 | ORDER that defendants shall file a response to plaintiff's 20 Motion for leave to file amended complaint on or before noon on 9/15/2014.(Signed by Judge Gray H. Miller) Parties notified.(rkonieczny, 4) (Entered: 09/10/2014) |
| 09/11/2014 | 32 | AFFIDAVIT of Jerry Ray Kiser, filed.(srussell, 2) (Entered: 09/11/2014) |
| 09/15/2014 | 33 | RESPONSE in Opposition to 29 Opposed MOTION for Leave to File Second Amended Complaint, filed by Ministry of Natural Resources of the Kurdistan Regional Governate. (Watson, Harold) (Entered: 09/15/2014) |
| 09/15/2014 | 34 | MOTION for Christopher E Duffy to Appear Pro Hac Vice by Ministry of Natural Resources of the Kurdistan Regional Governate, filed. Motion Docket Date 10/6/2014. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Affidavit)(Watson, Harold) (Entered: 09/15/2014) |
| 09/15/2014 | 35 | MOTION for Michael J Gottlieb to Appear Pro Hac Vice by Ministry of Natural Resources of the Kurdistan Regional Governate, filed. Motion Docket Date 10/6/2014. (Attachments: # 1 Affidavit)(Watson, Harold) (Entered: 09/15/2014) |
| 09/15/2014 | 36 | PROPOSED ORDER *Denying Plaintiff's Motion for Leave to File Second Amended Verified Complaint for Claims Beyond the Scope of the Courts Order of August 25, 2014* re: 33 Response in Opposition to Motion, filed.(Watson, Harold) (Entered: 09/15/2014) |
| 09/16/2014 | 37 | Unopposed MOTION for Leave to File Reply in Excess of Page Limits by Ministry of Oil of the Republic of Iraq, filed. Motion Docket Date 10/7/2014. (Attachments: # 1 Proposed Order, # 2 Exhibit A (Reply))(Noble, Liane) (Entered: 09/16/2014) |
| 09/18/2014 | 38 | ORDER GRANTING 29 Opposed MOTION for Leave to File Second Amended Complaint, GRANTING 37 Unopposed MOTION for Leave to File Reply in Excess of Page Limits.(Signed by Judge Gray H. Miller) Parties notified.(rkonieczny, 4) (Entered: 09/18/2014) |
| 09/18/2014 | 41 | ORDER granting 34 Motion for Christopher E. Duffy to Appear Pro Hac Vice.(Signed by Judge Gray H. Miller) (Attachments: # 1 Affidavit) Parties notified.(amwilliams, 4) (Entered: 09/22/2014) |
| 09/18/2014 | 42 | ORDER granting 35 Motion for Michael J. Gottlieb to Appear Pro Hac Vice.(Signed by Judge Gray H. Miller) (Attachments: # 1 Affidavit) Parties notified.(amwilliams, 4) (Entered: 09/22/2014) |
| 09/19/2014 | 39 | Second AMENDED Complaint against 1,032,212 BARRELS OF CRUDE OIL, Kurdistan Region of Iraq, John Doe Buyer filed by Ministry of Oil of the Republic of Iraq. (Attachments: # 1 Affidavit Dye, # 2 Affidavit Al-Shaher, # 3 Appendix Exhibit Index, # 4 Exhibit A, # 5 Exhibit B, # 6 Exhibit C, # 7 Exhibit D, # 8 Exhibit E, # 9 Exhibit F, # 10 Exhibit G, # 11 Exhibit H, # 12 Exhibit I, # 13 Exhibit J, # 14 Exhibit K, # 15 Exhibit L)(Noble, Liane) (Entered: 09/19/2014) |
| | | |

| | | |
|---|---|---|
| 09/19/2014 | 40 | MOTION for Andrew A. Bernstein to Appear Pro Hac Vice by Ministry of Oil of the Republic of Iraq, filed. Motion Docket Date 10/10/2014. (ccarnew, 3) (Entered: 09/19/2014) |
| 09/29/2014 | 43 | ORDER granting 40 Motion for Andrew Bernstein to Appear Pro Hac Vice.(Signed by Judge Gray H. Miller) (Attachments: # 1 Declaration) Parties notified.(amwilliams, 4) (Entered: 09/30/2014) |
| 10/14/2014 | 44 | Unopposed MOTION for Leave to File Excess Pages AND MOTION to dismiss by Kurdistan Region of Iraq, filed. Motion Docket Date 11/4/2014. (Attachments: # 1 Exhibit KRG's Motion to Dismiss Plaintiff's Second Amended Verified Complaint, # 2 Appendix Index of Exhibits to KRG's Motion to Dismiss, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Proposed Order Granting KRG's Motion to Dismiss Plaintiff's Second Amended Verified Complaint, # 14 Proposed Order Granting KRG's Unopposed Motion to Exceed Page Limits)(Watson, Harold) Modified on 11/13/2014 (rkonieczny, 4). (Entered: 10/14/2014) |
| 10/14/2014 | 45 | Opposed MOTION for Extension of Time to Respond to KRG's Motion to Dismiss by Ministry of Oil of the Republic of Iraq, filed. Motion Docket Date 11/4/2014. (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Noble, Liane) (Entered: 10/14/2014) |
| 10/15/2014 | 46 | MEMORANDUM of Law inOpposition to Plaintiff's Opposed Motion for Extension of Time to Respond to KRG's Motion to Dismiss re: 45 Opposed MOTION for Extension of Time to Respond to KRG's Motion to Dismiss by Kurdistan Region of Iraq, filed.(Watson, Harold) (Entered: 10/15/2014) |
| 10/16/2014 | 47 | ORDER GRANTING 44 Unopposed MOTION for Leave to File Excess Pages, GRANTING IN PART 45 Opposed MOTION for Extension of Time to Respond to KRG's Motion to Dismiss.(Signed by Judge Gray H. Miller) Parties notified.(rkonieczny, 4) (Entered: 10/16/2014) |
| 11/13/2014 | 48 | Unopposed MOTION for Leave to File Response to Motion to Dismiss in Excess of Page Limit by Ministry of Oil of the Republic of Iraq, filed. Motion Docket Date 12/4/2014. (Attachments: # 1 Exhibit RESPONSE to Motion to Dismiss, |

| | | |
|---|---|---|
| | | # 2 Appendix of Authorities (Part 1 of 3), # 3 Appendix of Authorities (Part 2 of 3), # 4 Appendix of Authorities (Part 3 of 3), # 5 Affidavit Noble, # 6 Appendix of Exhibits, # 7 Exhibit 01-0, # 8 Exhibit 01-A, # 9 Exhibit 01-B1, # 10 Exhibit 01-B2, # 11 Exhibit 01-C1, # 12 Exhibit 01-C2, # 13 Exhibit 01-D1, # 14 Exhibit 01-D2, # 15 Exhibit 02, # 16 Exhibit 03, # 17 Exhibit 04, # 18 Exhibit 05, # 19 Exhibit 06, # 20 Exhibit 07, # 21 Exhibit 08, # 22 Exhibit 09, # 23 Exhibit 10, # 24 Exhibit 11, # 25 Exhibit 12, # 26 Exhibit 13, # 27 Exhibit 14, # 28 Exhibit 15, # 29 Exhibit 16, # 30 Exhibit 17, # 31 Exhibit 18, # 32 Exhibit 19, # 33 Exhibit 20, # 34 Exhibit 21, # 35 Exhibit 22, # 36 Exhibit 23, # 37 Exhibit 24-A, # 38 Exhibit 24-B, # 39 Exhibit 25, # 40 Exhibit 26, # 41 Exhibit 27, # 42 Exhibit 28, # 43 Exhibit 29, # 44 Exhibit 30, # 45 Exhibit 31, # 46 Exhibit 32, # 47 Proposed Order, # 48 Proposed Order)(Noble, Liane) (Entered: 11/13/2014) |
| 11/18/2014 | 49 | ORDER GRANTING 48 Unopposed MOTION for Leave to File Response to Motion to Dismiss in Excess of Page Limit. (Signed by Judge Gray H. Miller) Parties notified. (rkonieczny, 4) (Entered: 11/18/2014) |
| 11/18/2014 | 50 | *Letter of Agreement Extending Time for Defendant Kurdistan Region of Iraq to File its Reply to Plaintiff's Response to KRG's Motion to Dismiss Plaintiff's Second Amended Complaint* by Kurdistan Region of Iraq, filed.(Watson, Harold) (Entered: 11/18/2014) |
| 11/19/2014 | 🔒 51 | Summons Issued as to Kurdistan Region of Iraq. Issued summons returned to plaintiff by: In person, filed.(mmapps, 4) (mmapps, 4). (Entered: 11/19/2014) |
| 11/21/2014 | 52 | Unopposed MOTION for Leave to File Excess Pages by Kurdistan Region of Iraq, filed. Motion Docket Date 12/12/2014. (Attachments: # 1 Exhibit KRG Reply Brief, # 2 Appendix Appendix of Cases, # 3 Exhibit Index of Exhibits, # 4 Exhibit 1, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7, # 11 Exhibit 8, # 12 Exhibit 9, # 13 Exhibit 10, # 14 Exhibit 11, # 15 Exhibit 12, # 16 Exhibit 13, # 17 Proposed Order Granting Leave to Exceed Page Limits)(Watson, Harold) (Entered: 11/21/2014) |
| 11/25/2014 | 53 | ORDER setting Status Conference for 12/3/2014 at 11:00 AM in Courtroom 9D before Judge Gray H. Miller(Signed by |

| | | |
|---|---|---|
| | | Judge Gray H. Miller) Parties notified.(rkonieczny, 4) (Entered: 11/25/2014) |
| 11/25/2014 | 54 | Unopposed MOTION for Leave to File Surreply by Ministry of Oil of the Republic of Iraq, filed. Motion Docket Date 12/16/2014. (Attachments: # 1 Exhibit SURREPLY, # 2 Appendix of Authorities, # 3 Affidavit Noble, # 4 Appendix of Exhibits, # 5 Exhibit 1, # 6 Exhibit 2, # 7 Exhibit 3, # 8 Exhibit 3-a, # 9 Exhibit 4, # 10 Exhibit 5, # 11 Exhibit 6, # 12 Exhibit 6-a, # 13 Exhibit 7, # 14 Exhibit 8, # 15 Proposed Order)(Noble, Liane) (Entered: 11/25/2014) |
| 12/03/2014 | 55 | Minute Entry for proceedings held before Judge Gray H. Miller. STATUS CONFERENCE held on 12/3/2014 in chambers. Appearances: Harold K Watson, David Gringer, Michael Julian Gottlieb, Andrew A Bernstein, James Lloyd Loftis, John James Michael, Phillip B Dye, Jr, Liane Ngin Noble., filed.(rkonieczny, 4) (Entered: 12/03/2014) |
| 12/05/2014 | 56 | Unopposed MOTION for Leave to File a Response to Plaintiff's Sur-Reply in Support of KRG's Motion to Dismiss Plaintiff's Second Amended Verified Complaint by Kurdistan Region of Iraq, filed. Motion Docket Date 12/26/2014. (Attachments: # 1 Exhibit KRG's Response to Plaintiff's Sur-Reply in Support of its Opposition to the Motion to Dismiss Plaintiff's Second Amended Verified Complaint, # 2 Exhibit Index of Exhibits, # 3 Appendix Appendix of Cases, # 4 Exhibit 1, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4, # 8 Proposed Order)(Watson, Harold) (Entered: 12/05/2014) |
| 01/07/2015 | 57 | MEMORANDUM OPINION AND ORDER GRANTING 52 Unopposed MOTION for Leave to File Excess Pages, GRANTING 54 Unopposed MOTION for Leave to File Surreply, GRANTING 56 Unopposed MOTION for Leave to File a Response to Plaintiff's Sur-Reply in Support of KRG's Motion to Dismiss Plaintiff's Second Amended Verified Complaint, GRANTING IN PART DENYING IN PART 44 MOTION to dismiss. The court further ORDERS that the parties submit status updates on settlement negotiations within 10 days of this order(Signed by Judge Gray H. Miller) Parties notified.(rkonieczny, 4) (Entered: 01/07/2015) |
| 01/16/2015 | 58 | STATUS REPORT by Ministry of Oil of the Republic of Iraq, filed.(Noble, Liane) (Entered: 01/16/2015) |
| | | |

| 01/20/2015 | 59 | MOTION for Certification Under 28 U.S.C. § 1292(b) and for a Stay Pending Appeal by Kurdistan Region of Iraq, filed. Motion Docket Date 2/10/2015. (Attachments: # 1 Appendix, # 2 Proposed Order)(Watson, Harold) (Entered: 01/20/2015) |
|---|---|---|
| 01/20/2015 | 60 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit re: 57 Memorandum and Order,, by Kurdistan Region of Iraq (Filing fee $ 505, receipt number 0541-14319195), filed. (Watson, Harold) (Entered: 01/20/2015) |
| 01/21/2015 | 61 | RESPONSE *to Defendant's Letter Motion for Expedited Resolution*, filed by Ministry of Oil of the Republic of Iraq. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Proposed Order)(Noble, Liane) (Entered: 01/21/2015) |
| 01/23/2015 | 62 | Unopposed MOTION for Extension of Time to Answer the Ministry of Oil of the Republic of Iraqs Complaint by Kurdistan Region of Iraq, filed. Motion Docket Date 2/13/2015. (Attachments: # 1 Proposed Order)(Watson, Harold) (Entered: 01/23/2015) |
| 01/23/2015 | 63 | ORDER Granting 62 Motion for Extension of Time. (Signed by Judge Gray H. Miller) Parties notified.(rkonieczny, 4) (Entered: 01/23/2015) |