# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

**CLERK OF COURT**                                                                                      www.txs.uscourts.gov

February 12, 2015

In re: Ministry of Oil of the Republic of Iraq v. 1,032,212 BARRELS OF CRUDE OIL et al
District Court No.: 3:14−cv−00249
Circuit Court No.: 15−40062

To Whom It May Concern:

Enclosed is the electronic record on CD for this Notice of Appeal. Please prepare your brief regarding this appeal using this copy of the paginated record.

Sealed documents are not included in the record being provided unless otherwise ordered. Requests for copies of sealed documents must be made by motion filed with the Fifth Circuit Court of Appeals.

David J. Bradley, Clerk

By: Cathy Carnew, Deputy Clerk