```
===================================
         CIVIC CENTER STATION
           HOUSTON, Texas
              770022717
            4841490020-0099
  02/17/2015 (800)275-8777 03:24:58 PM
===================================
========== Sales Receipt ==========
Product          Sale Unit      Final
Description      Qty  Price     Price
===================================
@@ ~~ WASHINGTON DC 20522       $17.80
Zone-6
Priority Mail 2-Day By
Weight
4 lb. 0.50 oz.
  Expected Delivery: Thu 02/19/15
  Includes $50 insurance

Return Rcpt (Green              $2.70
Card)
@@ Certified                    $3.30
USPS Certified Mail #:
70132630000069683581
                             ========
Issue Postage:                 $23.80

                             ========
Total:                         $23.80

Paid by:
AMEX                           $23.80
  Account #:      XXXXXXXXXXXX1003
  Approval #:     509756
  Transaction #:  776
23903140069142474565

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.

~~ Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
usps.com/ship/file-domestic-claims.htm
.

Order stamps at usps.com/shop or
```

**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

WASHINGTON DC 20522 OFFICIAL USE

| | |
|---|---|
| Postage | $17.80 |
| Certified Fee | $3.30 |
| Return Receipt Fee (Endorsement Required) | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $23.80   02/17/2015 |

Sent To: US Dept of State
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, August 2006                See Reverse for Instructions

7013 2630 0000 6968 3581

United States Courts
Southern District of Texas
FILED

FEB 17 2015

David J. Bradley, Clerk of Court

3:14-CV-00249