IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MINISTRY OF OIL OF THE REPUBLIC OF IRAQ, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | C.A. NO. 3:14-cv-249 |
| 1,032,212 BARRELS OF CRUDE OIL, THE KURDISTAN REGION OF IRAQ, AND JOHN DOE BUYER, | § § § § § | |
| Defendants. | § | |

**UNOPPOSED MOTION TO EXCEED PAGE LIMITS
OF DEFENDANT THE KURDISTAN REGION OF IRAQ**

Defendant The Kurdistan Region of Iraq ("KRG") respectfully seeks leave to exceed the page limitation set forth in Section 7(A) of this Court's Procedures by the filing of its Reply to the Response of Plaintiff the Ministry of Oil of the Republic of Iraq ("MoO") to the KRG's Motion For Certification Under 28 U.S.C. § 1292(b) and For A Stay Pending Appeal. In support thereof, the KRG respectfully avers that Plaintiff's Memorandum of Law in Response to the KRG's Motion For Certification Under 28 U.S.C. § 1292(b) and For A Stay Pending Appeal (Dkt. No. 66) raises issues that cannot be adequately addressed within the Court's 5 page limitation, including the proper standard for certification under § 1292(b), the appropriateness of a stay pending interlocutory appeal, and the grounds for difference of opinion as to the political question doctrine, the act of state doctrine, and issues of Iraqi constitutional and statutory law.

Undersigned counsel has conferred with counsel for the MoO and represents that this Motion for Leave is not opposed.

WHEREFORE the KRG respectfully urges this Honorable Court to grant it leave to exceed the page limitation by filing the attached Reply to the Response of Plaintiff the Ministry

of Oil of the Republic of Iraq to the KRG's Motion For Certification Under 28 U.S.C. § 1292(b) and For A Stay Pending Appeal.

        Respectfully submitted,

        /s/ Harold K. Watson
        Harold K. Watson
        Texas Bar No. 20938500
        Federal I.D. No. 4345
        Attorney-in-Charge
        Dimitri P. Georgantas
        Texas Bar No. 07805100
        Federal I.D. No. 2805
        Eugene W. Barr
        Texas Bar No. 24059425
        Federal I.D. No. 1144784
        CHAFFE MCCALL, L.L.P.
        801 Travis Street, Suite 1910
        Houston, Texas 77002
        713-546-9800 Telephone
        713-546-9806 Facsimile

        Michael J. Gottlieb
        William C. Jackson
        Samuel C. Kaplan
        BOIES, SCHILLER & FLEXNER LLP
        5301 Wisconsin Avenue, N.W.
        Washington, D.C. 20015
        202-237-2727 Telephone
        202-237-6131 Facsimile
        MGottlieb@BSFLLP.com
        WJackson@BSFLLP.com
        SKaplan@BSFLLP.com

        Christopher E. Duffy
        BOIES, SCHILLER & FLEXNER LLP
        575 Lexington Avenue
        New York, NY 10022
        212-446-2300 Telephone
        212-446-2350 Facsimile
        CDuffy@BSFLLP.com

        ATTORNEYS FOR DEFENDANT,
        THE KURDISTAN REGION OF IRAQ

OF COUNSEL:

Gary Born
WILMER CUTLER PICKERING HALE AND DORR LLP
49 Park Lane
London W1K 1PS
United Kingdom
44-20-7872-1020 Telephone
gary.born@wilmerhale.com

David W. Ogden
David W. Bowker
David Z. Gringer
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
202-663-6000 Telephone
202-663-6363 Facsimile
david.ogden@wilmerhale.com
david.bowker@wilmerhale.com
david.gringer@wilmerhale.com

## CERTIFICATE OF CONFERENCE

    I hereby certify that I have conferred with Plaintiff's counsel and that they are unopposed to the relief sought in this Motion.

                                       */s/ Harold K. Watson*
                                       Harold K. Watson

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 17th day of February, 2015, I served a true and correct copy of the foregoing Unopposed Motion to Exceed Page Limits pursuant to Rule 5 of the Federal Rules of Civil Procedure, via the CM/ECF Filing System and/or by depositing the same in the United States Mail, postage prepaid and properly addressed to all known counsel of record:

Phillip B. Dye, Jr.
John J. Michael
Vinson & Elkins LLP
1001 Fannin Street, Suite 2500
Houston, Texas 77002
pdye@velaw.com
jmichael@velaw.com

Liane Noble
Vinson & Elkins LLP
2801 Via Furtuna, Suite 100
Austin, Texas 78746-7568
lnoble@velaw.com

Boaz S. Morag
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
bmorag@cgsh.com

                */s/ Harold K. Watson*
                Harold K. Watson