# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| MINISTRY OF OIL OF THE REPUBLIC OF IRAQ, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | C.A. NO. 3:14-cv-249 |
| 1,032,212 BARRELS OF CRUDE OIL, THE KURDISTAN REGION OF IRAQ, AND JOHN DOE BUYER, | § § § § | |
| Defendants. | § | |

## ORDER

Pending before the Court is an unopposed motion for leave to exceed the Court's page limits filed by the Kurdistan Region of Iraq ("KRG"). The KRG's motion is **GRANTED**, and the KRG's Reply to the Response of Plaintiff the Ministry of Oil of the Republic of Iraq to the KRG's Motion For Certification Under 28 U.S.C. § 1292(B) And For A Stay Pending Appeal is **DEEMED FILED**.

Signed at Houston, Texas on _____.

_____
Gray H. Miller
United States District Judge

2418937-1