# Vinson&Elkins

James Lloyd Loftis  jloftis@velaw.com
**Tel** +1.713.758.1024  **Fax** +1.713.615.5143

July 2, 2015

**By Email**

Michael J. Gottlieb
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015
MGottlieb@BSFLLP.com

Re:     No. G-14-249; *Ministry of Oil of the Republic of Iraq v. 1,032,212 Barrels of Crude Oil et al.*; in the United States District Court, Southern District of Texas

Dear Mr. Gottlieb:

As you know, Plaintiff the Ministry of Oil of the Republic of Iraq has sought to effect service of process upon Defendant the Kurdistan Region of Iraq by the means outlined in the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608 and pursuant to 22 C.F.R. § 93 (Dkts. 30, 51, 69).  We write to inform you that the United States Embassy has received and processed our request for service via diplomatic channels (Dkt. 69).  The Embassy transmitted the summons, complaint and a notice of suit in this case—along with the necessary Arabic translations—to the Iraqi Ministry of Foreign Affairs, noting that the transmittal constituted delivery in accordance with 28 U.S.C. § 1608 (a)(4).

Best regards,

VINSON & ELKINS LLP

James Lloyd Loftis
Counsel for Plaintiff

Cc:     Harold Watson

**Vinson & Elkins LLP  Attorneys at Law**
Abu Dhabi  Austin  Beijing  Dallas  Dubai  Hong Kong  Houston  London
Moscow  New York  Palo Alto  Riyadh  San Francisco  Tokyo  Washington
US 3604897v.1

1001 Fannin Street, Suite 2500
Houston, TX 77002-6760
**Tel** +1.713.758.2222  **Fax** +1.713.758.2346  **www.velaw.com**



**REPUBLIC OF IRAQ**

**Ministry of Foreign Affairs**

**Legal Department**

جمهورية العراق

وَزارة الخارجِية

الدائرة القانونية

العـــدد: 9/1/عامة/ ٢٠١٤

التاريخ: /6/2015

((آثارنا مصدر عز وفخر للعراقيين جميعاً))

(عـاجـل جـداً)

وزارة النفط/ مكتب الـوزير

<u>م/ دعوى قضائية</u>

نرافق لكم طياً نسخة من مذكرة سفارة الولايات المتحدة الامريكية في بغداد المرقمة 02817-2015 في 2015/6/25، بشأن الدعوى القضائية المقامة من قبل وزارتكم ضد إقليم كوردستان.

**للتفضل بالإطلاع وإعلامنا رأيكم بالسرعة الممكنة .. مع التقدير**

<u>المرافقات:</u>

– نسخة مذكرة

– نسخة شكوى



محمد خضير الأنباري

ع. رئيس الدائرة القانونية

2015/6/

<u>نسخة منه إلى:</u>

– مكتب السيد الوزير/ للتفضل بالإطلاع .. مع التقدير.

– دائـرة امريكـا/ المركـز/ إشـارةً إلــى مـذكرتكم المؤرخـة فـي 2015/6/28، للتفضل بالإطلاع .. مع التقدير.

رقم: 2015-02817

تهدي سفارة الولايات المتحدة الامريكية اطيب تحياتها الى وزارة الخارجية في جمهورية العراق وتشير سفارة الولايات المتحدة الأمريكية وزارة خارجية العراق بخصوص الدعوى القضائية لوزارة النفط لجمهورية العراق v. 1,032,212 برميل من النفط الخام واشياء آخرى، القضية رقم 3:14- CV-00249 قيد النظر في محكمة المقاطعة الفيدرالية للمنطقة الجنوبية من ولاية تكساس، والتي يشكل فيها إقليم كردستان العراق كمدعى عليه. ترفق السفارة طيا الاستدعاء والشكوى. وتمثل هذه المذكرة بمثابة إحالة لهذه الوثائق إلى العراق على النحو المنصوص في الباب 28 من قانون الولايات المتحدة، القسم 1608 /(أ) (4).

بموجب قانون الولايات المتحدة النافذ، يجب ان يقوم المدعى عليه في اي دعوى بتقديم جواب على الشكوى أو بعض الاجوبة الدفاعية في غضون 60 يوما من تاريخ إحالة الشكوى (أي تاريخ هذه المذكرة) أو التعرض الى إمكانية الحكم ضده من دون اتاحة الفرصة له لتقديم أدلة أو حجج نيابة عنه. وفقا لذلك، تطلب السفارة احالة الاستدعاء والشكوى وإشعار الدعوى المرفقة إلى السلطة العراقية المعنية بغية اتخاذ ما يلزم من خطوات لتجنب اصدارحكم غيابي.

وفقا لقوانين الولايات المتحدة الامريكية، أي قضايا ذات الاختصاص القضائي او غيرها من الدفاعات بما في ذلك قضايا الحصانة السيادية يجب أن يتم توجيهها إلى المحكمة التي تكون القضية قيد النظر لديها، ولهذا السبب فمن المستحسن استشارة محام في الولايات المتحدة الامريكية. خلاف ذلك، سوف تستمر المرافعات دون اتاحة الفرصة لتقديم أدلة أو الدفاعات الممكنة. وتمشيا مع هذا السياق، ان وزارة خارجية الولايات المتحدة الامريكية مستعدة للمناقشة مع المحامي لشرح متطلبات القانون الأميركي. ان حكومة الولايات المتحدة الامريكية ليست طرفا في هذه الدعوى ولا يمكن أن تقوم بتمثيل الأطراف الأخرى في هذا الشأن.

بالإضافة إلى الاستدعاء والشكوى، ترفق السفارة إشعار الدعوى المقدم من قبل المدعي والذي يلخص طبيعة القضية ويتضمن إشارات إلى القانون الأمريكي ذو الصلة بشأن الدعاوى ضد الدول الأجنبية.

تغتنم سفارة الولايات المتحدة هذه المناسبة للإعراب لوزارة الخارجية عن خالص تقديرها.

المرفقات:
1- الاستدعاء، شكوى وإشعار عن تقديم شكوى قانونية
2- النصوص المترجمة

سفارة الولايات المتحدة الأمريكية
بغداد،25 حزيران  2015

أمام محكمة المقاطعة بالولايات المتحدة

عن المقاطعة الجنوبية بولاية تكساس

وزارة النفط        دعوى مدنية رقم جي-14-249

بجمهورية العراق

المدعية

ضد

1,032,212 برميل من النفط الخام،

إقليم كردستان العراق

والمشتري مجهول الهوية

المدعى عليهم

**إنذار للمثول أمام المحكمة في دعوى مدنية**

مرسل إلى: (أكتب اسم المدعى عليه وعنوانه)

إقليم كردستان العراق

عناية/ وزارة الخارجية بجمهورية العراق

الصالحية

بغداد، العراق

تم رفع دعوى قضائية ضدكم.

خلال 21 يوماً عقب استلامكم هذا الإنذار القضائي للمثول أمام المحكمة (لا يحتسب يوم استلامكم له) ———— أو 60 يوماً إذا كنتم من مواطني الولايات المتحدة أو وكالة تابعة للولايات المتحدة أو مسؤول أو موظف لدى الولايات المتحدة المنصوص عليهم في الفقرة الفرعية (2) أو (3) من الفقرة (أ) من البند 12 من القواعد الاتحادية لقانون الإجراءات المدنية – فيتعين عليكم إرسال ردكم على الشكوى المرفقة أو التقدم بطلب طبقاً للقاعدة 12 من القواعد الاتحادية لقانون الإجراءات المدنية. يتعين إرسال الرد والطلب إلى المدعية والمحامي الخاص بها،

واسمه وعنوانه على النحو التالي:

فيليب بي داي، جي آر

فينسون آند إلكنز إل إل بي

1001 شارع فانين، جناح 2500

هيوستن، تكساس 77002

في حالة إخفاقكم في الرد، سيصدر حكم غيابي ضدكم بالإعفاءات المطلوبة في الشكوى.

كما يتعين عليكم تقديم ردكم أو طلبكم إلى المحكمة

كاتب المحكمة

التاريخ:

<u>توقيع كاتب المحكمة أو نائبه</u>